# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

JAMES MCGEE,

    Plaintiff,

v.                                              CASE NO. 5:15-cv-00243-WTH-EMT

OFFICER BARNES, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 20, 2018. (ECF No. 60). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at ECF No. 71. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendant Cain's motion to dismiss (ECF No. 44) is GRANTED, and

all of plaintiff's claims against her are DISMISSED for failure to state a claim on which relief may be granted.

3. Defendants Barnes and Jackson's motion to dismiss (ECF No. 52) is GRANTED, and plaintiff's claims for compensatory and punitive damages against Defendants in their official capacities are DISMISSED pursuant to the Eleventh Amendment. This order does not affect any claims brought against these defendants in their individual capacity.

4. The Clerk should NOT enter a judgment at this time, and this case is recommitted to the Magistrate Judge for further proceedings on Plaintiff's remaining claims.

**DONE AND ORDERED** this _3rd_ day of July, 2018

_____
UNITED STATES DISTRICT JUDGE